FILED
2009 NOV 13 PM 3:21
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| CENTAUR CORPORATION<br><br>Plaintiff,<br><br>vs.<br><br>SEMICONDUCTOR COMPONENTS INDUSTRIES, LLC,<br><br>Defendants. | Case No. 09 CV 2041 JM BLM<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION TO SET ASIDE ENTRY OF DEFAULT; FILING OF SECOND AMENDED COMPLAINT; EXTEND TIME TO RESPOND TO THE INITIAL COMPLAINT**<br><br>Judge: Hon. Jeffrey T. Miller<br>Complaint Filed: September 28, 2009<br>Trial Date: None Set.<br>Date of Filing: November 12, 2009 |
|---|---|

On November 12, 2009, the parties filed a joint motion and stipulation with this Court for an order to: (1) set aside the entry of default; (2) Plaintiff's filing of Second Amended Complaint; and (3) Defendant's extension of time to respond to the initial complaint.

Based on this joint motion and stipulation, and good cause appearing, it is hereby ordered that: (1) Entry of Default and Application shall be set aside; (2) Plaintiff may file a Second Amended Complaint to strike the factual allegations related to the Centaur-AMI Contract contained in the First Amended Complaint and (3) upon filing and serving of the Second Amended Complaint, Defendant Semiconductor Components Industries, LLC shall have an

-1-                                                                                                                09 CV 2041 JM BLM

ORDER GRANTING JOINT MOTION AND STIPULATION TO SET ASIDE ENTRY OF DEFAULT; FILING OF SECOND AMENDED COMPLAINT; EXTEND TIME TO RESPOND TO THE INITIAL COMPLAINT

1 | extension of time to respond to the Second Amended Complaint up to and including ten (10) days
2 | from the date the Second Amended Complaint is served on Defendants.

4    IT IS SO ORDERED.

6 Dated: 11/13/09

*[signature]*

Honorable Jeffrey T. Miller
United States District Judge