# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

CENTAUR CORPORATION

V.

ON SEMICONDUCTOR COMPONENTS
INDUSTRIES, LLC,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:  09 CV 2041 JM (BLM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that defendant's motion to dismiss is granted without prejudice...................................................................
........................................................................................................................................................................

| February 2, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON February 2, 2010

09cv2041-JM(BLM)